CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Phone: (702) 384-5563
*Attorneys for Defendant Alexander Zukovski*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER ZUKOVSKI,<br><br>Defendant. | CASE NO.: 2:20-CR-00349-CDS-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED by ALEXANDER ZUKOVSKI, by and through his attorney, CHRISTOPHER R. ORAM, ESQ., and the United States of America, by and through JESSICA OLIVA, ESQ., Assistant United States Attorney, that the sentencing hearing scheduled for September 22, 2022, be continued for a date and time convenient to this Honorable Court.

The request for a continuance is based upon the following:

1. Mr. Leo Sanchez-Hernandez, the U.S. Probation Officer, is requesting additional time to review the documents Mr. Zukovski has provided and allow the U.S. Probation Office to prepare the Presentence Report properly.

2. The parties have agreed to continue the sentencing to allow Mr. Leo Sanchez-Hernandez and the U.S. Probation Office to review and prepare the Presentence Report. Continuing the sentencing hearing is necessary to allow the U.S. Probation Officer ample time to complete the Presentence Report in a timely fashion prior to the sentencing hearing.

Page 1 of 4

3. Due to the additional time needed by the U. S. Probation Office, counsel for the Defendant requests the sentencing hearing to be continued until after October 18, 2022.

4. The Government has no objection to the continuance.

5. Mr. Zukovski is out of custody, and he does not object to the continuance.

6. The additional time requested herein is not sought for purposes of delay.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: August 11, 2022

    Respectfully submitted,

| | |
|---|---|
| */s/Christopher R. Oram*___ | */s/ Jessica Oliva*____ |
| CHRISTOPHER R. ORAM, ESQ. | JESSICA OLIVA, ESQ. |
| 520 S. Fourth Street, Second Floor | Assistant United States Attorney |
| Las Vegas, Nevada 89101 | 501 Las Vegas Blvd. South, Suite 1100 |
| *Attorney for Alexander Zukovski* | Las Vegas, Nevada 89101 |
| | *Attorney for the United States of America* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALEXANDER ZUKOVSKI,<br><br>　　　　Defendant. | CASE NO.: 2:20-CR-00349-CDS-BNW<br><br>**ORDER**<br><br>(First Request) |

## **FINDINGS OF FACT**

1. Mr. Leo Sanchez-Hernandez, the U.S. Probation Officer, is requesting additional time to review the documents Mr. Zukovski has provided and allow the U.S. Probation Office to prepare the Presentence Report properly.

2. The parties have agreed to continue the sentencing to allow Mr. Leo Sanchez-Hernandez and the U.S. Probation Office to review and prepare the Presentence Report. Continuing the sentencing hearing is necessary to allow the U.S. Probation Officer ample time to complete the Presentence Report in a timely fashion prior to the sentencing hearing.

3. Due to the additional time needed by the U. S. Probation Office, counsel for the Defendant requests the sentencing hearing to be continued until after October 18, 2022.

4. The Government has no objection to the continuance.

5. Mr. Zukovski is out of custody, and he does not object to the continuance.

6. The additional time requested herein is not sought for purposes of delay.

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

## CONCLUSION OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to prepare for the sentencing hearing effectively and thoroughly, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for September 22, 2022, at the hour of 9:30 a.m. be vacated and continued to the 19th day of October, 2022, at the hour of 11:00 a.m.. in courtroom 6B.

DATED AND DONE this 12th day of August, 2022.

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE